FILED

08/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0577
_____

THE FRIENDS OF LAKE FIVE, INC.,
and WARD E. "MICK" TALEFF,

      Petitioners and Appellees,

   v.

FLATHEAD COUNTY COMMISSION;
FLATHEAD COUNTY, MONTANA;

      Respondent and Appellee,

   and

SUSAN DIETZ, Individually and Trustee of G&M
TRUST,

      Respondent and Appellant.
_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

                    For the Court,

                                Electronically signed by:
                                Mike McGrath
            Chief Justice, Montana Supreme Court
                              August 16 2023